# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 8:10CR303 |
| SHANE LUTHER, | ) | |
| LANNY COOPER, and | ) | ORDER |
| MARK LINDSAY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

For good cause shown,

**IT IS ORDERED** that the motion (#30) of defendant, Shane Luther, for an extension of the deadline to file pretrial motions is granted, as follows:

1.   The deadline for filing pretrial motions is extended from September 15, 2010 to **October 14, 2010, as to all defendants.**

2.   In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **September 15, 2010 and October 14, 2010**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED September 16, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**